614

June 1, 1980.
417 A.2d 795

Commonwealth v. Perez, Appellant.

Submitted March 12, 1979. Clayton R. Wilcox, for appellant; David K. James, III, Assistant Public Defender, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.

June 1, 1979

417 A.2d 759

Commonwealth v. Robertson, Appellant.

Submitted March 12, 1979. Peter J. Mangan, Assistant Public Defender, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.